ERIC A. SCHNEIDER (Bar No. 94574)
    eas@amclaw.com
COLLEEN A. DÉZIEL (Bar No. 164282)
    cad@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant EDWARDS FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| SCOTT SCANLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARDS FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. CV 11 00345 DSF (SS)<br><br>**DEFENDANT EDWARDS FEDERAL CREDIT UNION'S NON OPPOSITION TO THE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Trial Date: None |

Defendant EDWARDS FEDERAL CREDIT UNION (hereinafter "defendant" and "CREDIT UNION"), herein submits its Non Opposition to Plaintiff SCOTT SCANLAN's Motion For Preliminary Approval Of Class Action Settlement Agreement. CREDIT UNION has executed the Stipulation for Settlement.

DATED: June 28, 2011         ANDERSON, McPHARLIN & CONNERS LLP


                             By:  /s/ Colleen A. Déziel
                                  Eric A. Schneider
                                  Colleen A. Déziel
                             Attorneys for Defendant EDWARDS FEDERAL CREDIT UNION